SHORT RECORD

FILED 12/16/13

APPEAL NO. 13-3801

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIGHTSPEED MEDIA CORP.,**

*Plaintiff,*

*v.*

**ANTHONY SMITH, et al.,**

*Defendants.*

Civil No. 12-889 GPM

**NOTICE OF APPEAL**

Notice is hereby given that Paul Duffy, Paul Hansmeier, and John Steele, non-party attorneys sanctioned in the above-named case, hereby jointly appeal to the United States Court of Appeals for the Seventh Circuit from a final order finding them jointly and severally liable for attorney fees and costs under 28 U.S.C. § 1927, entered in this action on the 27th day of November, 2013 at docket number 100, and from a previous interlocutory order on the same subject entered in this action on the 30th day of October, 2013 at docket number 65.


Paul Duffy
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
312-952-6136

Paul Hansmeier
80 S. 8th St. Ste 900
Minneapolis, MN 55402
612-234-5744

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
786-571-8131

### Certificate of Service

I hereby certify that on this 12th day of December 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Paul Hansmeier

### SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Southern District of Illinois                 *Docket No.*     12-889-GPM-SCW
*Division:* East St. Louis

| **Plaintiff (Petitioner)** | **Short Caption** | **Defendant (Respondent)** |
| --- | --- | --- |
| ( | Lightspeed Media Corporation v. Smith, et al. | ) |

.......................................................................................................................................................................
*Current Counsel for Plaintiff (Petitioner):*         *Current Counsel for Defendant(Respondent):*
*(Use separate sheet for additional counsel)*

| | |
| --- | --- |
| Paul Hansmeier<br>Alpha Law Firm<br>80 South 8th Street<br>Ste 900<br>Minneapolis, MN 55402<br>651-399-1583<br><br><br><br>*PLEASE SEE DOCKET REPORT FOR COMPLETE LIST OF ATTORNEYS AND PARTIES* | **Daniel G. Booth & Jason E. Sweet**<br>Booth Sweet LLP<br>32R Essex Street<br>Cambridge, MA 02139<br>617-250-8602<br>Fax: 617-250-8883<br><br>**Troy A. Bozarth**<br>HeplerBroom LLC - Edwardsville<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>618-656-0184 |

.......................................................................................................................................................................

*Judge:*     G. Patrick Murphy                 *Nature of Suit Code:*     890
                                                                    *Date Filed in District*
*Court*       Molly Clayton                       *Court:*                                 08/09/2012
*Reporter:* 750 Missouri Avenue             *Date of Judgment:*           11/27/2013
                  East St. Louis, IL  62201       *Date of Notice of Appeal:* 12/12/2013

_____

*Counsel:*      ___ *Appointed*     _X_ *Retained*     ___ *ProSe*
*Fee-Status* _X_ *Paid*             ___ *Due*            ___ *IFP*       ___ *IFP-Pending*       ___ *U.S.*       ___ *Waived*

*Has Docketing Statement been filed with the District Court's Clerk's Office:*      ___ *Yes*     _X_ *No*
*If 28 U.S.C. §2254 or 28 U.S.C. § 2255, was certificate of appealability:*      ___ *Granted*     ___ *Denied*     *Pending*
*If certificate of appealability was granted or denied, what is the date of the order:* Click here to enter a date.
*If Defendant is in Federal custody, please provide United States Marshal number*
*(USM#):*                                                                        Click here to enter text.

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LIGHTSPEED MEDIA CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 12-889-GPM** |
| | ) | |
| **ANTHONY SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, District Judge:**

Under 28 U.S.C. §1927, "an attorney who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct." *Kotsilieris v. Chalmers,* 966 F.2d 1181, 1183 (7th Cir. 1992). While there is no catch-all definition for either 'unreasonably' or 'vexatiously,' the Seventh Circuit has upheld sanctions under this statute when counsel acted recklessly, raised baseless claims despite notice of the frivolous nature of these claims, or otherwise showed indifference to statutes, rules, or court orders. *Id.* at 1184. Now before this Court is Defendant's motion for attorney fees because Plaintiff raised baseless claims despite knowledge those claims were frivolous and pressed for a meritless 'emergency' discovery hearing (Doc. 61). The Court agrees with Defendant. The litigation smacked of bullying pretense. The Court has read all the papers and is particularly informed by the in-court hearing on Plaintiff's "emergency" motion held before the undersigned (Doc. 23). The motion for attorney

fees made pursuant to 28 U.S.C. §1927 is **GRANTED**. Defendant Anthony Smith is **ORDERED** to file an itemization of fees on or before November 8, 2013.

**IT IS SO ORDERED.**

**DATED**: October 30, 2013

/s/ *G. Patrick Murphy*

G. PATRICK MURPHY
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 12-889-GPM |
| | ) | |
| ANTHONY SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, District Judge:**

Currently before the Court are motions to vacate, or in the alternative reconsider the order granting fees and costs to Defendant Anthony Smith filed by Paul Duffy, Paul Hansmeier, and John Steele (Docs. 66, 68, 74).  Also before the Court are motions for fees and costs filed by Defendants ComCast Cable Communications, LLC ("ComCast") and SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") (Docs. 78, 82), as well as itemizations of fees and costs filed by Smith, ComCast, and AT&T (Docs. 90, 97, 98).

The Court initially reserved ruling on these motions (*See* Doc. 96); for the reasons set forth below, the Court now denies the motions to vacate or reconsider filed by Duffy, Hansmeier, and Steele, and grants the motions for attorney fees filed by ComCast and AT&T.

## <u>BACKGROUND</u>

On March 21, 2013, this matter was voluntarily dismissed by Plaintiff Lightspeed Media Corp. (Docs. 59, 60).  Following the dismissal, the Court granted Defendant Anthony Smith's motion requesting attorney fees and costs because Plaintiff filed and pursued claims against Smith

that Plaintiff knew were baseless from the start (Doc. 65).   The Court granted Smith his fees and

costs under 28 U.S.C. § 1927 to be paid by Plaintiff's counsel: John Steele, Paul Duffy, and Paul

Hansmeier (Doc. 65).   The Court's order granting Mr. Smith attorney fees was entered on

October 30, 2013 (Doc. 65).   The very next day, Paul Hansmeier filed a motion to vacate, or in the

alternative reconsider, the order (Docs. 66, 67) arguing that he should not be liable for Smith's

attorney fees.   John Steele and Paul Duffy then filed similar motions on November 4, 2013 (Docs.

68, 69), and November 7, 2013 (Docs. 74, 75), respectively.   Defendant Anthony Smith filed a

response in opposition to Duffy, Hansmeier, and Steele's motions (Doc. 92).

        After the Court granted Smith's request for fees and costs, Defendants ComCast and

AT&T then filed motions also requesting fees and costs (Docs. 78, 82).   Hansmeier filed a

response in opposition to ComCast and AT&T's motions (Doc. 86), as did Steele (Doc. 88).

Smith filed a reply to Hansmeier and Steele's responses (Doc. 93).

        A hearing was held on November 13, 2013 on all of the above motions (Doc. 70).   Duffy

and Steele appeared at the hearing in person, and Hansmeier appeared by phone (Doc. 96).

### DISCUSSION

## I.  MOTIONS TO VACATE, OR IN THE ALTERNATIVE RECONSIDER ORDER GRANTING ATTORNEY FEES TO DEFENDANT ANTHONY SMITH

        The Court will first address the motions to vacate, or in the alternative, reconsider its order

granting fees and costs to Anthony Smith under 28 U.S.C. § 1927 filed by Plaintiff's current

attorney of record, Paul Duffy, and former attorneys of record, Paul Hansmeier and John Steele

(Docs. 66, 68, 74).   Because the motions fail to state any grounds warranting relief under Rule

60(b), the motions to vacate or reconsider are denied.

### A. Legal Standard

Technically, a "Motion to Reconsider" does not exist under the Federal Rules of Civil Procedure. But such motions are routinely filed, and they are generally treated as motions to alter or amend judgment under Rule 59(e), or motions for relief from a judgment or order under Rule 60(b). *See e.g.*, *Mares v. Busby*, 34 F.3d 533, 535 (7th Cir. 1994). At issue here is the Court's order granting Smith's request for attorney fees (Doc. 65), which is only an interim order because the Court has not yet determined the amount of attorney fees that Smith is entitled to. *Midlock v. Apple Vacations W., Inc.*, 406 F.3d 453, 456 (7th Cir. 2005). Since the order is not a final order and no judgment has been entered, Rule 59(e) is not applicable. Therefore, the motions filed by Duffy, Hansmeier, and Steele must be evaluated under Rule 60(b).

"Relief under Rule 60(b) is an extraordinary remedy that is to be granted only in exceptional circumstances." *Talano v. N.W. Med. Faculty Found., Inc.,* 273 F.3d 757, 762 (7th Cir. 2001). Rule 60(b) permits a court to grant relief based on one of six specific grounds listed in the rule. *Talano*, 273 F.3d at 762; FED. R. CIV. P. 60(b). The request for relief "must be shaped to the specific grounds . . . listed in Rule 60(b)—they cannot be general pleas for relief." *United States v. Deutsch*, 981 F.2d 299, 301 (7th Cir. 1992).

### B. Paul Duffy's Motion to Vacate or Reconsider (Doc. 74)

The Court turns first to Duffy's motion to vacate or reconsider because it can be easily dismissed as he does not state a proper legal basis for relief under Rule 60(b). In his motion, Duffy argues that the Court should reconsider its order granting attorney fees to Anthony Smith because he took only "five discrete actions" in this matter, none of which multiplied the proceedings or were unreasonable or vexatious (Doc. 75). In the alternative, if Duffy's actions

were sanctionable, Smith failed to identify any "excess" expenses directly traceable to Duffy's actions (Doc. 75).

Duffy's motion is not based on any of the grounds specified in Rule 60(b). Instead, Duffy merely takes umbrage with the Court's analysis of the evidence and its ruling, and rehashes old arguments that he made and the Court denied in his response to Anthony Smith's motion for attorney fees (*Compare* Doc. 63 *with* Docs. 74, 75). Neither of these things warrants relief under Rule 60(b). *Karraker v. Rent–A–Center, Inc.,* 411 F.3d 831, 837 (7th Cir. 2005) (Rule 60(b) motion is not the time to rehash previously rejected arguments); *Russell v. Delco Remy Div. of General Motors Corp.,* 51 F.3d 746, 749 (7th Cir. 1995) (Rule 60 "was designed to address mistakes attributable to special circumstances and not merely to erroneous applications of law.")

Because Duffy's motion fails to state any grounds for relief within the scope of Rule 60(b), his motion to vacate or reconsider (Doc. 74) is **DENIED**.

### C. Paul Hansmeier and John Steele's Motions to Vacate or Reconsider (Docs. 66, 68)

The Court next turns to the motions to vacate or reconsider filed by Hansmeier and Steele. These motions can be considered in tandem because they are largely identical. Like Duffy, Hansmeier and Steele argue that that the Court should reconsider its order granting attorney fees to Anthony Smith because they took only a small number of "discrete actions" in this matter, none of which multiplied the proceedings or were unreasonable or vexatious (Docs. 67, 69). As previously stated, these arguments do not translate into a legal basis warranting relief under Rule 60(b).

Hansmeier and Steele also argue that the Court should vacate its order because it imposed

sanctions on them without giving them notice or an opportunity to be heard in violation of their right to due process (Docs. 67, 69).  Specifically, they claim that they were not apprised of Smith's motion for attorney fees until after the District Court had entered its order imposing sanctions on October 30, 2013 because Smith failed to serve them.   Smith's motion for attorney fees was electronically filed on April 5, 2013, and the CM/ECF system sent notice to all attorneys of record (Doc. 61).  Hansmeier and Steele claim that since they were no longer attorneys of record (*See* Doc.s 56, 58), they did not receive the notice (Doc. 67, 69).

"[T]he requirements of due process of law are applicable to a proceeding to impose sanctions, entitling a party or attorney to notice and opportunity to respond[.]"   *Kapco Mfg. Co., Inc. v. C & O Enterprises, Inc.*, 886 F.2d 1485, 1494 (7th Cir. 1989).   Despite their protestations, the Court finds that Hansmeier and Steele both received all the process they were due.

First and foremost, Steele's claim that he never got notice of Smith's motion for fees is baseless.  A review of CM/ECF records reveals that notice of Smith's motion for attorney fees (Doc. 61) went to numerous email addresses, including: docket@wefightpiracy.com—an email address used by both Steele and Paul Duffy.[1]  Therefore, it is irrefutable that Steele had actual notice of Smith's motion for attorney fees prior to the Court's order granting the motion.

Second, Smith served Paul Duffy, Plaintiff's lead attorney, with his motion for attorney fees; and service on Duffy was effective for all of Plaintiff's counsel, past and present, including Steele and Hansmeier.   Rule 5 does not require motions to be served on all counsel of record, but merely requires that the pleadings be served on all parties.   *See* Fed. R. Civ. P. 5(a)(1). Furthermore, service is not required on each of several counsel appearing on behalf of a party.

---

[1] Prior to his termination as counsel for Plaintiff, Steele received electronic notices from the CM/ECF system at three email addresses: (1) jlsteele@wefightpiracy.com, (2) docket@wefightpiracy.com, and (3) nawersal@wefightpiracy.com (*See, e.g.*, Doc. 57).  He now receives electronic notices at johnlsteele33140@gmail.com (Doc. 88).

*Daniel Int'l Corp. v. Fischbach & Moore, Inc.*, 916 F.2d 1061, 1063 (5th Cir. 1990). "Service upon one, but not all, of its counsel is effective service." *Id.* (serving "local" counsel and not "lead" counsel complied with Rule 5 because the Rule does not "require service on each of several counsel appearing on behalf of a party"); *Buchanan v. Sherrill*, 51 F.3d 227, 228 (10th Cir. 1995) (serving motion for summary judgment only on plaintiff's attorney who had recently entered an appearance and not on attorney who had represented plaintiff from the outset complied with Rule 5 because the rule does not require service on both attorneys of record).

Here, Smith served his motion for attorney fees on Duffy, and that is all he was required to do. He did not have to also personally serve Steele and Hansmeier. This is particularly true since Duffy, Steele, and Hansmeier are all associated with the same law firm: Prenda Law, Inc. The docket sheet indicates Paul Duffy's firm is Prenda Law; Steele listed his firm as Prenda Law on his entry of appearance and his motion to withdraw (Docs. 20, 57); and Hansmeier indicated that he was "of counsel" to Prenda Law, Inc. (Doc. 50). The Court also takes judicial notice that Steele submitted a declaration in the Central District of California swearing that he was "of counsel with the law firm, Prenda Law, Inc." and that Hansmeier was "also of counsel to the firm." *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW (C.D. Cal. March 8, 2013), ECF No. 83).

Aside from being from the same firm, there is other evidence suggesting these three men worked in concert with one another. First, Duffy, Steele, and Hansmeier used each other's CM/ECF login information, and/or filed documents on behalf of one another. For example, both Steele and Hansmeier used Duffy's CM/ECF login information to enter their appearances, or Duffy attempted to do so for them (*See* Doc. 11, 15); Hansmeier also used Steele's CM/ECF login

information to file his motion to continue, or Steele filed it on Hansmeier's behalf (Doc. 73). Second, the similarities in documents filed by Duffy, Steele, and Hansmeier indicate an ongoing relationship. For example, in the instant motions to vacate/reconsider, the three men use identical formatting from the caption, to the font, and the signature block, and the substance is largely the same (*Compare* Docs. 66, 67, 67-1 *with* Docs. 68, 68-1, 68-2, 69 *with* Docs. 74, 75). Third, the Court takes judicial notice that several other federal courts have found Duffy, Steele, and Hansmeier to be in cahoots. Most notably, Judge Otis Wright in the Central District of California found that Steele, Hansmeier, and Duffy were "starving attorneys" with "shattered law practices" who conspired to use copyright laws to "plunder the citizenry," and he adopted into his findings a chart showing the relationship between these men and others associated with Prenda Law. *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW, 2013 WL 1898633, at *1–*2, *5 (C.D. Cal. May 6, 2013). *See also AF Holdings, LLC v. John Doe(s)*, Case No. 12-cv-1445-JNE-FLN, (D. Minn. November 6, 2013), ECF No. 67 (noting Judge Wright's findings, but stating "[i]t would not be a wise use of the Court's limited resources to *sua sponte* attempt to fully untangle the relationship between Hansmeier, Steele, Duffy, [and others]"); *AF Holdings, LLC v. Navasca*, Case No. 12-cv-02396-EMC, 2013 WL 5701104, at *2 (N.D. Cal. Oct. 16, 2013) (adopting Judge Wright's findings with respect to AF Holdings, Steele, and Hansmeier's "alter ego relationship, their conduct, and their business model"); *AF Holdings, LLC v. Chowdhury*, Case No. 12-cv-12105-JLT (D. Mass. October 22, 2013), ECF No. 34 (finding AF Holdings, LLC was "an alias of its counsel, Prenda Law, Inc., its principals, attorneys John L. Steele, Paul A. Duffy, and Paul R. Hansmeier, and its paralegal, Mark Lutz").

Based on this information, the Court has no doubt that Duffy, Steele, and Hansmeier are

closely associated and acted in concert to file and prosecute this frivolous lawsuit.   Therefore, Smith's service on Duffy was also effective for Steele and Hansmeier.   As such, Steel and Hansmeier had adequate notice of Smith's motion, and the deadline for response papers, but chose to disregard it.

However, assuming arguendo that Steele and Hansmeier did not have notice or an opportunity to be heard before the Court imposed sanctions, the due process violation was subsequently cured when the Court reheard the issue on November 13 at Steele and Hansmeier's request.   Steele and Hansmeier had ample notice of the November 13 hearing, and they knew that they could sanctioned and ordered to pay Anthony Smith's attorney fees.   The written briefs that Steele and Hansmeier filed in advance of that hearing, and the statements they made at the hearing itself gave them the opportunity to confront the Court's belief that they had engaged in sanctionable conduct and to try to convince the Court that they should not be sanctioned.   "So it was essentially a no-harm, no-foul situation because, generally speaking, 'procedural errors are cured by holding a new hearing in compliance with due process requirements.'"   *In re Hancock*, 192 F.3d 1083, 1086 (7th Cir. 1999), *quoting Batanic v. Immigration and Naturalization Service*, 12 F.3d 662, 667 (7th Cir. 1993) (holding imposition of sanctions was a deprivation of due process, however said deprivation was cured when the court stayed the sanctions order and scheduled another hearing).   *See also Wright v. CompGeeks.com*, 429 F. App'x 693, 698 (10th Cir. 2011); *Powell v. Cadwell*, 42 F. App'x 821, 822 (7th Cir. 2002); *In re Rimsat, Ltd.*, 212 F.3d 1039, 1044 (7th Cir. 2000).

Because Hansmeier and Steele's motions fail to state any grounds for relief within the scope of Rule 60(b), and they were not deprived of due process with respect to the imposition of

sanctions, their motions to vacate or reconsider (Docs. 66, 68) are **DENIED**.

## II. MOTIONS FOR ATTORNEY FEES

The Court will next address the motions for attorney fees and costs under § 1927 filed by Defendants ComCast and AT&T (Docs. 78, 82).   Under 28 U.S.C. §1927, "any attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."   28 U.S.C. § 1927.   The purpose of § 1927 "is to deter frivolous litigation and abusive practices by attorneys, and to ensure that those who create unnecessary costs also bear them."   *Kapco Mfg. Co., Inc. v. C & O Enterprises, Inc.*, 886 F.2d 1485, 1491 (7th Cir. 1989) (internal citations omitted).   While there is no catch-all definition for either 'unreasonably' or 'vexatiously,' the Seventh Circuit has upheld sanctions under this statute when counsel acted recklessly, raised baseless claims despite notice of the frivolous nature of these claims, or otherwise showed indifference to statutes, rules, or court orders.   *Jolly Grp., Ltd. v. Medline Indus., Inc.*, 435 F.3d 717, 720 (7th Cir. 2006); *Kotsilieris v. Chalmers,* 966 F.2d 1181, 1184 (7th Cir. 1992).

ComCast and AT&T argue that fees are appropriate here because Plaintiff raised baseless claims against them, despite knowledge those claims were frivolous, in an effort to obtain the discovery that the Illinois Supreme Court had previously thwarted (Docs. 78, 82).   Furthermore, Plaintiff continued to advance its baseless claims until the Court ruled that no discovery would be forthcoming until the motions to dismiss filed by Defendants were ruled on (Docs. 78, 82). Rather than waiting for the Court's ruling, however, Plaintiff dismissed all of its claims (Docs. 78, 82).

The Court agrees with ComCast and AT&T.   By naming ComCast and AT&T as

Page 9 of 13

Defendants without any valid claims in an attempt to make an end run around the Illinois Supreme

Court's denial of discovery, Plaintiff unreasonably and vexatiously multiplied the proceedings in

this matter.   Namely, Defendants' attorneys were forced to respond to and appear for a hearing on

Plaintiff's emergency motion for expedited discovery, to file various motions to dismiss, to appear

for a scheduling and discovery conference, and to file a motion to stay discovery.

The Court also finds that Duffy, Hansmeier, and Steele exhibited a "serious and studied

disregard for the orderly process of justice." *Jolly Grp., Ltd. v. Medline Indus., Inc.*, 435 F.3d 717,

720 (7th Cir. 2006), *quoting Pacific Dunlop Holdings, Inc. v. Barosh,* 22 F.3d 113, 119 (7th Cir.

1994).   These men have shown a relentless willingness to lie to the Court on paper and in person,

despite being on notice that they were facing sanctions in this Court, being sanctioned by other

courts,[2] and being referred to state and federal bars,[3] the United States Attorney in at least two

districts,[4] one state Attorney General,[5] and the Internal Revenue Service.[6]   For example, at the

November 13 hearing, Hansmeier skirted the Court's direct questions, Steele made feigned

protestations, and both flat-out lied about their association with Prenda Law, Inc. in the face of

---

[2] *AF Holdings, LLC v. John Doe(s)*, Case No. 12-cv-1445-JNE-FLN, (D. Minn. November 6, 2013), ECF No. 67 (ordering AF Holdings and Prenda Law to repay settlement money and all attorney fees and costs incurred by defendants); *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW, 2013 WL 1898633, at *5–6 (C.D. Cal. May 6, 2013) (jointly and severally liable for defendant's attorney fees and costs in the amount of $81, 319.72); *AF Holdings, LLC v. Chowdhury*, Case No. 12-cv-12105-JLT (D. Mass. October 22, 2013), ECF No. 34 (jointly and severally liable for defendant's in the amount of $21,393.60, with fees and costs trebled for a total judgment of $64,180.80).
[3] *AF Holdings, LLC v. John Doe(s)*, Case No. 12-cv-1445-JNE-FLN, (D. Minn. November 6, 2013), ECF No. 67; *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW, 2013 WL 1898633, at *5 (C.D. Cal. May 6, 2013)
[4] *AF Holdings, LLC v. John Doe(s)*, Case No. 12-cv-1445-JNE-FLN, (D. Minn. November 6, 2013), ECF No. 67; *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW, 2013 WL 1898633, at *5 (C.D. Cal. May 6, 2013)
[5] *AF Holdings, LLC v. John Doe(s)*, Case No. 12-cv-1445-JNE-FLN, (D. Minn. November 6, 2013), ECF No. 67
[6] *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW, 2013 WL 1898633, at *5 (C.D. Cal. May 6, 2013)

documentary evidence on the record in this case, and their sworn declarations in other cases.[7]

Accordingly, the imposition of attorneys' fees under § 1927 is appropriate here—from the inception of the claims through the present. *See Overnite Transp. Co. v. Chi. Indus. Tire Co.,* 697 F.2d 789, 794 (7th Cir.1983) (§ 1927 can reach the filing of the complaint where the lawsuit was legally meritless from the outset, and counsel should have known that it was); *Kotsilieris v. Chalmers,* 966 F.2d 1181, 1184–85 (7th Cir. 1992) (§ 1927 sanctions appropriate where counsel pursued baseless claim despite receiving notice that claims were frivolous).

## III.    ITEMIZATIONS OF FEES AND COSTS

For the reasons stated above, and in accordance with the Court's previous order (Doc. 65), Defendants have been awarded reasonable attorney fees and costs under 28 U.S.C. § 1927 for all time expended from the filing of the amended complaint and the removal of the case to federal court in August 2012.

Anthony Smith seeks a total of $72,367.00 in attorney fees and costs (Doc. 90).   This total includes $72,150.40 in attorney fees for 187.2 hours of work done by Smith's attorneys from the time Smith was served with summons in August 2012 through May 2013 (Doc. 90-1).   The hours were billed at a rate of $409.00 per hour for partners Dan Booth and Jason Sweet and $200.00 per hour for (Doc. 90-1).   This total also includes $216.20 in costs (Doc. 90-1).

SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") seeks a total of $119,637.05 in attorney fees and costs (Doc. 97).   This total includes $870.29 in costs and $38,987.83 in attorney fees for the law firm of Hepler Broom for approximately 158.7 hours of

---

[7] Steele submitted a declaration in the Central District of California swearing that he was "of counsel with the law firm, Prenda Law, Inc." and that Hansmeier was "also of counsel to the firm." *Ingenuity 13 LLC v. John Doe*, Case No. 12-cv-8333-ODW (C.D. Cal. March 8, 2013), ECF No. 83).

work from the time the case was removed to federal court in August 2012 through November 2013 (Doc. 97-1).   The hours were billed at various billing rates ranging from $295.00 to $110.00 per hour (Doc. 97-1).   The total sought by AT&T also includes $864.92 in costs and $80,524.50 in attorney fees for the law firm of Locke Lord, LLP for approximately 215 hours of work from the time the case was removed to federal court in August 2012 through November 2013(Doc. 97-2). The hours were billed at various billing rates ranging from $250 to $555 per hour (Doc. 97-2).

ComCast Cable Communications, LLC seeks a total of $69,021.26 in attorney fees and costs (Doc. 98).   This total includes $806.98 in costs and $57,144.28 in attorney fees for the law firm of Davis Wright Tremaine, LLP ("DWT") for approximately 132 hours of work from the time the case was removed to federal court in August 2012 through April 2013 (Doc. 98-1).   The hours were billed at various billing rates ranging from $531.00 to $212.50 per hour (Doc. 98-1).   This total also includes $11,070.00 in attorney fees for the law firm of Lashley & Baer, P.C. for 36.9 hours of work at a billing rate of $300.00 per hour (Doc. 98-2).

The Court notes that Paul Duffy, Paul Hansmeier, and John Steele had an opportunity to respond, and did respond, to Smith, AT&T, and ComCast's general requests for fees and costs (Docs. 63, 66, 68, 74, 86).   Duffy, Hansmeier, and Steele have not filed responses to the specific itemizations, but having reviewed the itemizations and declarations in support thereof, the Court finds a response is not necessary because no further information is required for this ruling.

After carefully considering the itemizations of fees and costs and the declarations in support thereof submitted by the attorneys for Smith, AT&T, and ComCast, the Court finds the time spent and the amounts charged by Smith, AT&T, and ComCast to be reasonable.   The Court has also carefully considered the interrelationship between Duffy, Hansmeier, and Steele.   The

Court finds, that these men acted in concert throughout the entirety of the proceedings in this matter, share total responsibility for their actions, and are jointly and severally liable for the fees and costs of Defendants.

## CONCLUSION

The motions to vacate, or in the alternative, to reconsider the order granting Anthony Smith's motion for attorney fees filed by Paul Duffy (Doc. 74), Paul Hansmeier (Doc. 66), and John Steele (Doc. 68) are **DENIED.**

The motions for attorney fees and costs filed by Defendants ComCast Cable Communications, LLC (Doc. 78) and SBC Internet Services, Inc. d/b/a AT&T Internet Services (Doc. 82) are **GRANTED**.

It is **ORDERED** that pursuant to 28 U.S.C § 1927, Paul Duffy, Paul Hansmeier, and John Steele are jointly and severally liable, and shall pay within 14 days of this order, attorney fees and costs to Defendant Anthony Smith in the amount of $72,367.00, to AT&T in the amount of $119,637.05, and to ComCast in the amount of $69,021.26 for a total judgment of $261,025.11, with interest as provided by law.

**IT IS SO ORDERED.**

DATED: November 27, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge

APPEAL,CJRA_B,KLH2

**U.S. District Court**
**Southern District of Illinois (East St. Louis)**
**CIVIL DOCKET FOR CASE #: 3:12-cv-00889-GPM-SCW**
**Internal Use Only**

| | |
|---|---|
| Lightspeed Media Corporation v. Smith et al | Date Filed: 08/09/2012 |
| Assigned to: Judge G. Patrick Murphy | Date Terminated: 03/22/2013 |
| Referred to: Magistrate Judge Stephen C. Williams | Jury Demand: Plaintiff |
| Case in other court: St. Clair County, Illinois, 11-L-683 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1446 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Lightspeed Media Corporation**                        represented by **John L. Steele**
                                                        Steele Hansmeier PLLC
                                                        161 North Clark Street
                                                        Suite 4700
                                                        Chicago, IL 60601
                                                        312-880-9160
                                                        Fax: 312-893-5677
                                                        Email: johnlsteele33140@gmail.com
                                                        *TERMINATED: 03/07/2013*

                                                        **Kevin T. Hoerner**
                                                        Becker, Paulson et al.
                                                        Generally Admitted
                                                        5111 West Main Street
                                                        Belleville, IL 62226
                                                        618-235-0020
                                                        Email: KTH@bphlaw.com
                                                        *TERMINATED: 11/06/2013*

                                                        **Paul A. Duffy**
                                                        Prenda Law, Inc.
                                                        161 N. Clark Street, Suite 3200
                                                        Chicago, IL 60601
                                                        312-880-9160
                                                        Email: paduffy@wefightpiracy.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul Hansmeier**
                                                        Alpha Law Firm
                                                        80 South 8th Street
                                                        Ste 900
                                                        Minneapolis, MN 55402
                                                        651-399-1583
                                                        Email: prhansmeier@thefirm.mn
                                                        *TERMINATED: 11/15/2012*

V.

**Consol Plaintiff**

**Mr. John Steele**                                    represented by **John L. Steele**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Petitioner**

**Paul Hansmeier**                                     represented by **Paul Hansmeier**
                                                        PRO SE

                                                        **Paul Hansmeier**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthony Smith**                                    represented by   **Daniel G. Booth**
                                                                     Booth Sweet LLP
                                                                     32R Essex Street
                                                                     Cambridge, MA 02139
                                                                     617-250-8602
                                                                     Fax: 617-250-8883
                                                                     Email: dbooth@boothsweet.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jason E Sweet**
                                                                     Booth Sweet LLP
                                                                     32R Essex Street
                                                                     Cambridge, MA 02139
                                                                     617-250-8602
                                                                     Fax: 617-250-8883
                                                                     Email: jsweet@boothsweet.com
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**SBC Internet Services, Inc.**                     represented by   **Bart Westcott Huffman**
*doing business as*                                                  Locke Lord LLP - Austin
AT&T Internet Services                                               100 Congress Avenue
                                                                     Suite 300
                                                                     Austin, TX 78701
                                                                     512-305-4746
                                                                     Fax: 512-391-4741
                                                                     Email: bhuffman@lockelord.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Troy A. Bozarth**
                                                                     HeplerBroom LLC - Edwardsville
                                                                     130 North Main Street
                                                                     P.O. Box 510
                                                                     Edwardsville, IL 62025
                                                                     618-656-0184
                                                                     Fax: 618-656-1364
                                                                     Email: troy.bozarth@heplerbroom.com
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**AT&T Corporate Represenative #1**                 represented by   **Bart Westcott Huffman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**ComCast Cable Communications, LLC**               represented by   **Andrew G. Toennies**
                                                                     Lashly & Baer PC
                                                                     714 Locust Street
                                                                     St. Louis, MO 63101
                                                                     314-436-8347
                                                                     Fax: 314-621-6844
                                                                     Email: atoennies@lashlybaer.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **John D. Seiver**
                                                                     Davis Wright Tremaine LLP
                                                                     1919 Pennsylvania Avenue, NW
                                                                     Suite 800
                                                                     Washington, DC 20006
                                                                     202-973-4200
                                                                     Fax: 202-973-4412
                                                                     Email: johnseiver@dwt.com
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**ComCast Corporate Representative #1**             represented by   **Andrew G. Toennies**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**John D. Seiver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Paul Duffy**                                     represented by   **Paul Duffy**
                                                                    PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2012 | 1 | Case Opened. Documents may now be electronically filed. Case number 12-cv-889-WDS/SCW must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Proceed before a Magistrate Judge) (jlrr ) (Entered: 08/09/2012) |
| 08/09/2012 | 2 | NOTICE OF REMOVAL by SBC Internet Services, Inc. from St. Clair County, case number 11-L-683. ( Filing fee $ 350 receipt number 0754-1755201) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A-1 A-1 First Amended Complaint, # 3 Exhibit A-2 Original Complaint, # 4 Exhibit A-3 Order granting leave to file, # 5 Exhibit B (1 of 23), # 6 Exhibit B (2 of 23), # 7 Exhibit B (3 of 23), # 8 Exhibit B (4 of 23), # 9 Exhibit B (5 of 23), # 10 Exhibit B (6 of 23), # 11 Exhibit B (7 of 23), # 12 Exhibit B (8 of 23), # 13 Exhibit B (9 of 23), # 14 Exhibit B (10 of 23), # 15 Exhibit B (11 of 23), # 16 Exhibit B (12 of 23), # 17 Exhibit B (13 of 23), # 18 Exhibit B (14 of 23), # 19 Exhibit B (15 of 23), # 20 Exhibit B (16 of 23), # 21 Exhibit B (17 of 23), # 22 Exhibit B (18 of 23), # 23 Exhibit B (19 of 23), # 24 Exhibit B (20 of 23), # 25 Exhibit B (21 of 23), # 26 Exhibit B (22 of 23), # 27 Exhibit B (23 of 23)) (Bozarth, Troy) (Entered: 08/09/2012) |
| 08/09/2012 | 3 | Corporate Disclosure Statement by SBC Internet Services, Inc.. (Bozarth, Troy) (Entered: 08/09/2012) |
| 08/13/2012 | 4 | CONSENT to Removal byComCast Corporate Representative #1, ComCast Cable Communications, LLC. (Toennies, Andrew) (Entered: 08/13/2012) |
| 08/13/2012 | 5 | DISCLOSURE OF INTERESTED PARTIES *Corporate Disclosure Statement* by ComCast Cable Communications, LLC, ComCast Corporate Representative #1.(Toennies, Andrew) (Entered: 08/13/2012) |
| 08/14/2012 | 6 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge G. Patrick Murphy for all further proceedings. Signed by Judge William D. Stiehl on 8/14/2012. (bjw) (Entered: 08/14/2012) |
| 08/14/2012 | 7 | NOTICE of Appearance by Andrew G. Toennies on behalf of ComCast Cable Communications, LLC (Toennies, Andrew) (Entered: 08/14/2012) |
| 08/16/2012 | 8 | NOTICE of Appearance by Andrew G. Toennies on behalf of ComCast Corporate Representative #1 (Toennies, Andrew) (Entered: 08/16/2012) |
| 08/16/2012 | 9 | Emergency MOTION for Discovery *Prior to the Rule 26(f) Conference* by Lightspeed Media Corporation. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Judge Howell Order, # 3 Exhibit Complaint, # 4 Exhibit Order Granting Discovery, # 5 Exhibit Motion to Quash, # 6 Exhibit Order Denying Motion to Quash, # 7 Exhibit Motion to Stay, # 8 Exhibit Order Denying Motion to Stay, # 9 Exhibit Motion for Supervisory Order, # 10 Exhibit Order Granting Motion, # 11 Exhibit Amended Complaint, # 12 Exhibit Cease and Desist Letter)(Duffy, Paul) (Entered: 08/16/2012) |
| 08/17/2012 | 10 | ORDER Setting Hearing on Motion 9 Emergency MOTION for Discovery. Motion Hearing set for 8/20/2012 03:00 PM in East St. Louis Courthouse before Judge G. Patrick Murphy. Signed by Judge G. Patrick Murphy on 8/17/2012. (ktc)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/17/2012) |
| 08/17/2012 | 11 | ENTRY STRICKEN - NOTICE of Appearance by Paul A. Duffy on behalf of Lightspeed Media Corporation (Duffy, Paul) Modified on 8/20/2012 (jaj). (Entered: 08/17/2012) |
| 08/17/2012 | 12 | MOTION to Appear Pro Hac Vice by AttorneyBart Westcott Huffman $100 fee paid,receipt number 0754-1761679 by on behalf of AT&T Corporate Representative #1, SBC Internet Services, Inc.. (Huffman, Bart) (Entered: 08/17/2012) |
| 08/20/2012 | 13 | ENTRY STRICKEN - MOTION to Appear Pro Hac Vice *by Attorney John D. Seiver* by AttorneyAndrew G. Toennies $100 fee paid,receipt number 0754-1762199 by on behalf of ComCast Cable Communications, LLC, ComCast Corporate Representative #1. (Toennies, Andrew) Modified on 8/20/2012 (jaj). (Entered: 08/20/2012) |
| 08/20/2012 | 14 | RESPONSE in Opposition re 9 Emergency MOTION for Discovery *Prior to the Rule 26(f) Conference*Emergency MOTION for Discovery *Prior to the Rule 26(f) Conference*Emergency MOTION for Discovery *Prior to the Rule 26 (f) Conference* filed by SBC Internet Services, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Bozarth, Troy) (Entered: 08/20/2012) |
| 08/20/2012 | 15 | ENTRY STRICKEN - MOTION to Appear Pro Hac Vice by AttorneyPaul A. Duffy $100 fee paid,receipt number 0754-1762255 by on behalf of Lightspeed Media Corporation. (Duffy, Paul) Modified on 8/20/2012 (jaj). (Entered: 08/20/2012) |
| 08/20/2012 | 16 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 11 Notice of Appearance filed by Lightspeed Media Corporation. See attached document for specifics (jaj) (Entered: 08/20/2012) |
| 08/20/2012 | 17 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 13 Motion to Appear Pro Hac Vice, |

| | | filed by ComCast Cable Communications, LLC, ComCast Corporate Representative #1. See attached document for specifics (jaj) (Entered: 08/20/2012) |
|---|---|---|
| 08/20/2012 | 18 | ORDER granting 12 Motion to Appear Pro Hac Vice for attorney Bart W. Hoffman on behalf of Defendants SBC Internet Services, Inc and AT&T Corporate Representative No 1 on 8/20/2012. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/20/2012) |
| 08/20/2012 | 19 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 15 Motion to Appear Pro Hac Vice filed by Lightspeed Media Corporation. See attached document for specifics (jaj) (Entered: 08/20/2012) |
| 08/20/2012 | 20 | NOTICE of Appearance by John L. Steele on behalf of Lightspeed Media Corporation (Steele, John) (Entered: 08/20/2012) |
| 08/20/2012 | 21 | MOTION to Appear Pro Hac Vice by AttorneyPaul Hansmeier on behalf of Lightspeed Media Corporation. (Hansmeier, Paul) (Entered: 08/20/2012) |
| 08/20/2012 | 22 | MOTION to Appear Pro Hac Vice by AttorneyJohn D. Seiver on behalf of ComCast Cable Communications, LLC, ComCast Corporate Representative #1. (Attachments: # 1 Certificate of Good Standing)(Seiver, John) (Entered: 08/20/2012) |
| 08/20/2012 | 23 | Minute Entry for proceedings held before Judge G. Patrick Murphy: Motion Hearing held on 8/20/2012. DENYING 9 Emergency MOTION for Discovery Prior to the Rule 26(f) Conference filed by Lightspeed Media Corporation. (Court Reporter Molly Clayton.) (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/20/2012) |
| 08/21/2012 | 24 | ORDER granting 21 Motion to Appear Pro Hac Vice for attorney Paul Hansmeier on behalf of Plaintiff Lightspeed Media Corporation on 8/21/2012. (jaj) (Entered: 08/21/2012) |
| 08/21/2012 | 25 | ORDER granting 22 Motion to Appear Pro Hac Vice for Attorney John Seiver for Defendants ComCast Cable Communications LLC and ComCast Corporate Representative #1 on 8/21/2012. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/21/2012) |
| 08/29/2012 | 26 | MOTION to Dismiss for Failure to State a Claim by SBC Internet Services, Inc.. Responses due by 10/1/2012 (Bozarth, Troy) (Entered: 08/29/2012) |
| 08/29/2012 | 27 | MEMORANDUM in Support re 26 MOTION to Dismiss for Failure to State a Claim filed by SBC Internet Services, Inc.. (Bozarth, Troy) (Entered: 08/29/2012) |
| 08/29/2012 | 28 | MOTION to Dismiss *Plaintiff's First Amended Complaint* by ComCast Cable Communications, LLC, ComCast Corporate Representative #1. Responses due by 10/1/2012 (Attachments: # 1 Comcast's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Seiver, John) (Entered: 08/29/2012) |
| 08/30/2012 | 29 | Transcript of MOTION FOR DISCOVERY held on 08/20/2012, before Judge G. Patrick Murphy. Court Reporter Molly N. Clayton, (618)482.9226. <br><br>**NOTICE: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. This policy is located on our website at www.ilsd.uscourts.gov/Forms/CMECFTranscriptPolicy.pdf.** <br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (mnc) (Entered: 08/30/2012) |
| 09/10/2012 | 30 | MOTION to Appear Pro Hac Vice by AttorneyDaniel G. Booth $100 fee paid,receipt number 0754-1779083 by on behalf of Anthony Smith. (Booth, Daniel) (Entered: 09/10/2012) |
| 09/10/2012 | 31 | MOTION to Appear Pro Hac Vice *by Attorney Jason Sweet* by AttorneyDaniel G. Booth $100 fee paid,receipt number 0754-1779103 by on behalf of Anthony Smith. (Booth, Daniel) (Entered: 09/10/2012) |
| 09/10/2012 | 32 | NOTICE of Appearance by Daniel G. Booth on behalf of Anthony Smith (Booth, Daniel) (Entered: 09/10/2012) |
| 09/10/2012 | 33 | MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Anthony Smith. (Attachments: # 1 Exhibit Summons - St. Clair County)(Booth, Daniel) (Entered: 09/10/2012) |
| 09/11/2012 | 34 | ORDER granting 33 Motion for Extension of Time to Answer. Defendant Smith shall file answer or responsive pleading on or before 9/20/2012. Signed by Judge G. Patrick Murphy on 9/11/2012. (ktc)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/11/2012) |
| 09/12/2012 | 35 | ORDER granting 30 Motion to Appear Pro Hac Vice for attorney Dan Booth and granting 31 Motion to Appear Pro Hac Vice for attorney Jason Sweet, both on behalf of Defendant Anthony Smith on 9/12/2012. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/12/2012) |
| 09/18/2012 | 36 | MOTION to Dismiss for Failure to State a Claim by Anthony Smith. Responses due by 10/22/2012 (Booth, Daniel) (Entered: 09/18/2012) |

| | | |
|---|---|---|
| 09/18/2012 | 37 | MEMORANDUM in Support re 36 MOTION to Dismiss for Failure to State a Claim filed by Anthony Smith. (Attachments: # 1 Exhibit A)(Booth, Daniel) (Entered: 09/18/2012) |
| 09/28/2012 | 38 | CJRA TRACK B assigned: Jury Trial set for presumptive month 10/2013 in East St. Louis Courthouse before Judge G. Patrick Murphy. Signed by Judge G. Patrick Murphy on 9/28/2012. (lmm) (Entered: 09/28/2012) |
| 10/01/2012 | 39 | RESPONSE in Opposition re 28 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Lightspeed Media Corporation. (Duffy, Paul) (Entered: 10/01/2012) |
| 10/01/2012 | 40 | MEMORANDUM in Opposition re 26 MOTION to Dismiss for Failure to State a Claim filed by Lightspeed Media Corporation. (Duffy, Paul) (Entered: 10/01/2012) |
| 10/11/2012 | 41 | NOTICE of Scheduling and Discovery Conference: Scheduling/Discovery Conference set for 10/25/2012 at 3:30 PM via Telephone Conference before Magistrate Judge Stephen C. Williams. (amv) (Entered: 10/11/2012) |
| 10/15/2012 | 42 | RESPONSE to 39 Response in Opposition to Motion to *Dismiss* filed by ComCast Cable Communications, LLC, ComCast Corporate Representative #1. (Seiver, John) (Entered: 10/15/2012) |
| 10/17/2012 | 43 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 42 Response filed by ComCast Cable Communications, LLC, ComCast Corporate Representative #1. See attached document for specifics (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/17/2012) |
| 10/22/2012 | 44 | RESPONSE in Opposition re 36 MOTION to Dismiss for Failure to State a Claim filed by Lightspeed Media Corporation. (Duffy, Paul) (Entered: 10/22/2012) |
| 10/22/2012 | 45 | ENTRY STRICKEN - NOTICE by Lightspeed Media Corporation *Joint Report Of The Parties And Proposed Scheduling And Discovery Order* (Duffy, Paul) Modified on 10/23/2012 (jaj). (Entered: 10/22/2012) |
| 10/23/2012 | 46 | NOTICE STRIKING FILED DOCUMENTS striking 45 Notice (Other) filed by Lightspeed Media Corporation. Joint Report of Parties are to be e-mailed to the appropriate Judge's in box, not filed on the docket. Entry stricken, document deleted this date by Clerk's Office Staff. Per chambers, a copy was e-mailed and received 10/22/2012. No further action required at this time. (jaj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/23/2012) |
| 10/24/2012 | 47 | MOTION to Defer Discovery Pending Ruling on Defendants' Outstanding 26 28 36 Motions to Dismiss by ComCast Cable Communications, LLC, ComCast Corporate Representative #1, SBC Internet Services, Inc., Anthony Smith. (Bozarth, Troy) Modified on 10/25/2012 (drb). (Entered: 10/24/2012) |
| 10/25/2012 | 48 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 47 Motion for Miscellaneous Relief, filed by ComCast Cable Communications, LLC, Anthony Smith, SBC Internet Services, Inc., ComCast Corporate Representative #1. At time of filing, Document 47 should have been linked to the various pending motions referenced. Clerk has linked entry to pending motions to dismiss and edited the docket text to reflect Motion to Dismiss instead of Motion to Stay as referenced in initial docket text. NO ACTION REQUIRED -- THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.(drb) (Entered: 10/25/2012) |
| 10/26/2012 | 49 | Minute Entry for Telephonic Scheduling & Discovery Conference held before Magistrate Judge Stephen C. Williams on 10/25/2012. Appearing for Plaintiff: Paul Hansmeier, Kevin Hoerner, and John Steele; for Defendant Smith: Daniel Booth; for AT&T Defendants: Troy Bozarth and Bart Huffman; for ComCast Defendants: John Seiver and Andy Toennies. The court set a truncated briefing schedule for the motion to defer discovery (which is really a motion to stay) filed by Defendants. Plaintiff's response to the motion to stay (Doc. 47) shall number 10 pages or less and shall be due on or before 10/31/2012. Defendants' reply brief shall number 5 pages or less and shall be due on or before 11/5/2012. The case is RESET for another Telephonic Scheduling / Discovery Conference (and if necessary any argument on the motion to stay) before Magistrate Judge Williams on **11/7/2012 at 03:00 PM**. (Court Reporter n/a.) (jls)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/26/2012) |
| 10/29/2012 | | Set/Reset Deadlines as to 47 MOTION Motion to Defer Discovery Pending Ruling on Defendants' Outstanding Motions to Stay. Responses due by 10/31/2012 Replies due by 11/5/2012. (jaj) (Entered: 10/29/2012) |
| 10/31/2012 | 50 | RESPONSE in Opposition re 47 MOTION Motion to Defer Discovery Pending Ruling on Defendants' Outstanding Motions to Stay filed by Lightspeed Media Corporation. (Hansmeier, Paul) (Entered: 10/31/2012) |
| 11/02/2012 | 51 | REPLY to Response to Motion re 36 MOTION to Dismiss for Failure to State a Claim filed by Anthony Smith. (Sweet, Jason) (Entered: 11/02/2012) |
| 11/05/2012 | 52 | REPLY to Response to Motion re 47 MOTION Motion to Defer Discovery Pending Ruling on Defendants' Outstanding Motions to Stay filed by ComCast Cable Communications, LLC, ComCast Corporate Representative #1, SBC Internet Services, Inc., Anthony Smith. (Bozarth, Troy) (Entered: 11/05/2012) |
| 11/07/2012 | 53 | ORDER. The Motion to Stay Discovery (Doc. 47) is **GRANTED**. Discovery in this case is STAYED pending resolution of the motions to dismiss (Docs. 26, 28, 36). After the motions have been resolved, the Court will set a new scheduling conference to address the scheduling and conduct of discovery. Signed by Magistrate Judge Stephen C. Williams on 11/7/2012. (jls)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/07/2012) |
| 11/07/2012 | 54 | NOTICE OF CANCELLATION of Hearing: today's telephonic scheduling/discovery conference is terminated.(jls) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/07/2012) |

| | | |
|---|---|---|
| 11/14/2012 | 55 | MOTION to Withdraw as Attorney by Lightspeed Media Corporation. (Hansmeier, Paul) (Entered: 11/14/2012) |
| 11/15/2012 | 56 | ORDER granting 55 Motion to Withdraw. Attorney Paul Hansmeier has moved to withdraw from the case as counsel for Plaintiff, which is represented by multiple counsel. The motion is GRANTED; Attorney Hansmeier is TERMINATED from the case. Signed by Magistrate Judge Stephen C. Williams on 11/15/2012. (jls) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/15/2012) |
| 03/06/2013 | 57 | MOTION to Withdraw as Attorney by Lightspeed Media Corporation. (Steele, John) (Entered: 03/06/2013) |
| 03/07/2013 | 58 | ORDER granting 57 Motion to Withdraw. As Plaintiff is represented by other counsel, the Court GRANTS the motion to withdraw. *See SDIL-LR 83.1(g).* Attorney John L. Steele is hereby terminated from the case. Signed by Magistrate Judge Stephen C. Williams on 3/7/2013. (jls)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/07/2013) |
| 03/21/2013 | 59 | NOTICE of Voluntary Dismissal by Lightspeed Media Corporation (Duffy, Paul) (Entered: 03/21/2013) |
| 03/22/2013 | 60 | ORDER re 59 Notice of Voluntary Dismissal filed by Lightspeed Media Corporation. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a Notice of Dismissal filed before Defendants have filed their answers or motions for summary judgment does not require judicial approval and is effective immediately. This is the case here. The motions to dismiss are terminated without prejudice as moot pursuant to Plaintiff's voluntary dismissal. This action is DISMISSED without prejudice and shall be closed on the docket. Signed by Judge G. Patrick Murphy on 3/22/2013. (ktc)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/22/2013) |
| 04/05/2013 | 61 | MOTION for Attorney Fees by Anthony Smith. (Attachments: # 1 Exhibit Smith Declaration, # 2 Exhibit Guava Hearing Transcript, # 3 Exhibit Ingenuity 13 Order to Show Cause, # 4 Exhibit Sunlust Hearing Transcript, # 5 Exhibit Ingenuity 13 Verified Petition, # 6 Exhibit AF Holdings Complaint & Assignment, # 7 Exhibit Forbes Article)(Booth, Daniel) (Entered: 04/05/2013) |
| 04/08/2013 | 62 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 61 Motion for Attorney Fees, filed by Anthony Smith. See attached document for specifics (tkm ) (Entered: 04/08/2013) |
| 04/19/2013 | 63 | RESPONSE in Opposition re 61 MOTION for Attorney Fees filed by Lightspeed Media Corporation. (Duffy, Paul) (Entered: 04/19/2013) |
| 05/01/2013 | 64 | REPLY to Response to Motion re 61 MOTION for Attorney Fees filed by Anthony Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Booth, Daniel) (Entered: 05/01/2013) |
| 10/30/2013 | 65 | ORDER granting 61 Motion for Attorney Fees. Defendant shall file itemization of fees on or before 11/8/2013. Signed by Judge G. Patrick Murphy on 10/30/2013. (ktc) (Entered: 10/30/2013) |
| 10/31/2013 | 66 | MOTION to Vacate 65 Order on Motion for Attorney Fees , MOTION for Reconsideration re 65 Order on Motion for Attorney Fees by Paul Hansmeier. (Hansmeier, Paul) (Entered: 10/31/2013) |
| 10/31/2013 | 67 | MEMORANDUM in Support re 66 Motion to Vacate 65 Order on Motion for Attorney Fees MOTION for Reconsideration re 65 Order on Motion for Attorney Fees filed by Paul Hansmeier. (Attachments: # 1 Exhibit Declaration of Paul Hansmeier)(Hansmeier, Paul) (Entered: 10/31/2013) |
| 11/04/2013 | 68 | MOTION for Reconsideration re 65 Order on Motion for Attorney Fees , MOTION to Vacate by John Steele. (Attachments: # 1 Exhibit, # 2 Supplement)(Steele, John) (Entered: 11/04/2013) |
| 11/04/2013 | 69 | MEMORANDUM in Support re 68 MOTION for Reconsideration re 65 Order on Motion for Attorney Fees MOTION to Vacate filed by John Steele. (Attachments: # 1 Exhibit)(Steele, John) (Entered: 11/04/2013) |
| 11/05/2013 | 70 | NOTICE of Hearing on 66 MOTION to Vacate 65 Order on Motion for Attorney Fees/MOTION for Reconsideration re 65 Order on Motion for Attorney Fees, and 68 MOTION for Reconsideration re 65 Order on Motion for Attorney Fees/MOTION to Vacate: Motion Hearing SET for 11/13/2013 at 10:00 AM in East St. Louis Courthouse before Judge G. Patrick Murphy. (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/05/2013) |
| 11/06/2013 | 71 | MOTION to Withdraw as Attorney by Lightspeed Media Corporation. (Hoerner, Kevin) (Entered: 11/06/2013) |
| 11/06/2013 | 72 | ORDER: GRANTING 71 MOTION to Withdraw as Attorney filed by Lightspeed Media Corporation. Attorney Kevin T. Hoerner was local counsel not implicated in the Order at Doc. 65. Kevin Hoerner is terminated in case. Signed by Judge G. Patrick Murphy on 11/6/2013. (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/06/2013) |
| 11/06/2013 | 73 | MOTION to Continue by John Steele. (Steele, John) (Entered: 11/06/2013) |
| 11/07/2013 | 74 | MOTION to Vacate 65 Order on Motion for Attorney Fees by Lightspeed Media Corporation. (Duffy, Paul) (Entered: 11/07/2013) |
| 11/07/2013 | 75 | MEMORANDUM in Support re 74 MOTION to Vacate 65 Order on Motion for Attorney Fees filed by Paul Duffy. (Attachments: # 1 Exhibit Declaration)(Duffy, Paul) (Entered: 11/07/2013) |
| 11/07/2013 | 76 | ORDER: DENYING 73 MOTION to Continue filed by John Steele. The hearing will go forward on 11/13/2013 at 10:00 AM in East St. Louis Courthouse. Signed by Judge G. Patrick Murphy on 11/7/2013. (lmm)THIS TEXT |

| | | |
|---|---|---|
| | | ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/07/2013) |
| 11/08/2013 | 77 | NOTICE of Hearing on 74 MOTION to Vacate 65 Order on Motion for Attorney Fees: Motion Hearing SET for 11/13/2013 at 10:00 AM in East St. Louis Courthouse before Judge G. Patrick Murphy, along with the other pending motions previously set for oral arguments at that time. (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/08/2013) |
| 11/08/2013 | 78 | MOTION for Attorney Fees by ComCast Cable Communications, LLC, ComCast Corporate Representative #1. (Toennies, Andrew) (Entered: 11/08/2013) |
| 11/08/2013 | 79 | NOTICE by ComCast Cable Communications, LLC, ComCast Corporate Representative #1 re 78 MOTION for Attorney Fees *Notice of Hearing for Defendant Comcast Cable's Motion for Attorney's Fees* (Toennies, Andrew) (Entered: 11/08/2013) |
| 11/08/2013 | 80 | NOTICE of Hearing on 78 MOTION for Attorney Fees: Motion Hearing SET for 11/13/2013 at 10:00 AM in East St. Louis Courthouse before Judge G. Patrick Murphy, along with the other pending motions previously set for oral arguments at that time. (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/08/2013) |
| 11/08/2013 | 81 | STRICKEN PURSUANT TO DOCUMENT 89 - RESPONSE in Opposition re 66 MOTION to Vacate 65 Order on Motion for Attorney Fees MOTION for Reconsideration re 65 Order on Motion for Attorney Fees , 74 MOTION to Vacate 65 Order on Motion for Attorney Fees , 68 MOTION for Reconsideration re 65 Order on Motion for Attorney Fees MOTION to Vacate filed by Anthony Smith. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Booth, Daniel) Modified on 11/12/2013 (kek, ) (Entered: 11/08/2013) |
| 11/08/2013 | 82 | MOTION for Attorney Fees by SBC Internet Services, Inc.. (Attachments: # 1 Exhibit 1)(Bozarth, Troy) (Entered: 11/08/2013) |
| 11/08/2013 | 83 | NOTICE by SBC Internet Services, Inc. re 82 MOTION for Attorney Fees , *Notice of Hearing* (Bozarth, Troy) (Entered: 11/08/2013) |
| 11/08/2013 | 84 | STRICKEN PURSUANT TO DOCUMENT 89 - MOTION for Attorney Fees *Supplemental Itemization* by Anthony Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Affidavit, # 6 Affidavit)(Booth, Daniel) Modified on 11/12/2013 (kek, ) (Entered: 11/08/2013) |
| 11/08/2013 | 85 | STRICKEN PURSUANT TO DOCUMENT 89 - NOTICE by Anthony Smith re 84 MOTION for Attorney Fees *Supplemental Itemization Notice of Hearing* (Booth, Daniel) Modified on 11/12/2013 (kek, ). (Entered: 11/08/2013) |
| 11/10/2013 | 86 | RESPONSE in Opposition re 82 MOTION for Attorney Fees , 78 MOTION for Attorney Fees filed by Paul Hansmeier. (Hansmeier, Paul) (Entered: 11/10/2013) |
| 11/10/2013 | 87 | NOTICE by Paul Hansmeier re 85 Notice (Other) (Hansmeier, Paul) (Entered: 11/10/2013) |
| 11/11/2013 | 88 | MEMORANDUM in Opposition re 82 MOTION for Attorney Fees , 78 MOTION for Attorney Fees filed by John Steele. (Attachments: # 1 Exhibit, # 2 Exhibit)(Steele, John) (Entered: 11/11/2013) |
| 11/12/2013 | 89 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 81 Response in Opposition to Motion filed by Anthony Smith, 84 Motion for Attorney Fees filed by Anthony Smith, 85 Notice (Other) filed by Anthony Smith. See attached document for specifics (kek) (Entered: 11/12/2013) |
| 11/12/2013 | 90 | Supplemental Itemization of Fees re 61 by Anthony Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Affidavit, # 6 Affidavit)(Booth, Daniel) Modified on 11/25/2013 (trb). (Entered: 11/12/2013) |
| 11/12/2013 | 91 | NOTICE by Anthony Smith re 90 MOTION for Attorney Fees *Supplemental Itemization Notice of Hearing* (Booth, Daniel) (Entered: 11/12/2013) |
| 11/12/2013 | 92 | RESPONSE in Opposition re 66 MOTION to Vacate 65 Order on Motion for Attorney Fees MOTION for Reconsideration re 65 Order on Motion for Attorney Fees , 74 MOTION to Vacate 65 Order on Motion for Attorney Fees , 68 MOTION for Reconsideration re 65 Order on Motion for Attorney Fees MOTION to Vacate filed by Anthony Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Booth, Daniel) (Entered: 11/12/2013) |
| 11/12/2013 | 93 | REPLY to Response to Motion re 82 MOTION for Attorney Fees , 78 MOTION for Attorney Fees filed by Anthony Smith. (Booth, Daniel) (Entered: 11/12/2013) |
| 11/12/2013 | 94 | NOTICE of Hearing on 82 MOTION for Attorney Fees, 90 MOTION for Attorney Fees/Supplemental Itemization: Motion Hearing SET for 11/13/2013 at 10:00 AM in East St. Louis Courthouse before Judge G. Patrick Murphy, along with the other pending motions previously set for oral arguments at that time. (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/12/2013) |
| 11/13/2013 | 95 | ORDER re law clerk conflict. Signed by Judge G. Patrick Murphy on 11/13/13. (lmm) (Entered: 11/13/2013) |
| 11/13/2013 | 96 | Minute Entry for proceedings held before Judge G. Patrick Murphy: Motion Hearing held on 11/13/2013. Motions Taken Under Advisement: 66 MOTION to Vacate 65 Order on Motion for Attorney Fees/MOTION for Reconsideration re 65 Order on Motion for Attorney Fees, 74 MOTION to Vacate 65 Order on Motion for Attorney Fees, 82 MOTION for Attorney Fees, 68 MOTION for Reconsideration re 65 Order on Motion for Attorney Fees/MOTION to Vacate, 90 MOTION for Attorney Fees *Supplemental Itemization*, 78 *MOTION for Attorney* |

| | | |
|---|---|---|
| | | *Fees. (Court Reporter Molly Clayton.) (lmm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/13/2013)* |
| 11/15/2013 | 97 | Supplemental Itemization of Fees re 82 by SBC Internet Services, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bozarth, Troy) Modified on 11/25/2013 (trb). (Entered: 11/15/2013) |
| 11/22/2013 | 98 | Supplemental Itemization of Fees re 78 by Defendant Comcast's, ComCast Cable Communications, LLC, ComCast Corporate Representative #1. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Toennies, Andrew) Modified on 11/25/2013 (trb). (Entered: 11/22/2013) |
| 11/25/2013 | 99 | ORDER: This matter is before the Court for the purposes of docket control. In the future, any and all itemizations of fees should be filed as a supplement to the respective motion for attorney fees. Accordingly, 97 MOTION for Attorney Fees Supplemental Itemization filed by SBC Internet Services, Inc. and 90 MOTION for Attorney Fees Supplemental Itemization filed by Anthony Smith are terminated as pending motions. The Clerk of Court is DIRECTED to modify the docket text to reflect that 90 is a Supplemental Itemization of Fees linked to 61 MOTION for Attorney Fees filed by Anthony Smith; 97 is a Supplemental Itemization of Fees linked to 82 MOTION for Attorney Fees filed by SBC Internet Services, Inc.; and 98 is a Supplemental Itemization of Fees linked to 78 MOTION for Attorney Fees filed by ComCast Cable Communications, LLC. Signed by Judge G. Patrick Murphy on 11/25/13. (klh2) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/25/2013) |
| 11/27/2013 | 100 | ORDER DENYING 66 Motion to Vacate/for Reconsideration by Paul Hansmeier; DENYING 68 Motion to Vacate/for Reconsideration by John Steele; DENYING 74 Motion to Vacatefiled by Paul Duffy; GRANTING 78 Motion for Attorney Fees by ComCast Cable Communications, LLC; GRANTING 82 Motion for Attorney Fees by SBC Internet Services, Inc. It is ORDERED that pursuant to 28 U.S.C § 1927, Paul Duffy, Paul Hansmeier, and John Steele are jointly and severally liable, and shall pay within 14 days of this order, attorney fees and costs to Defendant Anthony Smith in the amount of $72,367.00, to AT&T in the amount of $119,637.05, and to ComCast in the amount of $69,021.26 for a total judgment of $261,025.11, with interest as provided by law. Signed by Judge G. Patrick Murphy on 11/27/13. (klh2) (Entered: 11/27/2013) |
| 12/10/2013 | 🔒 101 | Transcript of ALL PENDING MOTIONS held on 11/13/2013, before Judge G. Patrick Murphy. Court Reporter Molly Clayton, Telephone number 618.482.9226.<br><br>**NOTICE: Attorneys and unrepresented parties have 7 calendar days to file a Notice of Intent to Request Redaction of this transcript and 21 calendar days to file a Redaction Request. If redactions are not requested, the transcript will be made remotely available to the public without redaction after 90 calendar days. See the full Transcript Policy on the website at http://www.ilsd.uscourts.gov/forms/TransPolicy.pdf**<br><br>Transcript may be viewed at the public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/31/2013. Redacted Transcript Deadline set for 1/10/2014. Release of Transcript Restriction set for 3/10/2014. (mnc) (Entered: 12/10/2013) |
| 12/12/2013 | 102 | NOTICE OF APPEAL as to 100 Order on Motion to Vacate, Order on Motion for Reconsideration,,,, Order on Motion for Attorney Fees,,,,,,,,,,,,,,,,,, 65 Order on Motion for Attorney Fees by Paul Duffy, Paul Hansmeier, John Steele. Filing fee $ 505, receipt number 0754-2145266. (Hansmeier, Paul) (Entered: 12/12/2013) |