# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

December 18, 2013

**By the Court:**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br>    Plaintiff, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of |
| No. 13-3801    v. | ] Illinois.<br>] |
| ANTHONY SMITH, et al.,<br>    Defendants-Appellees, | ] No. 3:12-cv-00889-GPM-SCW<br>] |
| | ] G. Patrick Murphy, Judge. |
| APPEAL OF:<br>    PAUL A. DUFFY, et al., | ]<br>] |

O R D E R

    A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. See *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).