## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants.

Daniel G. Booth
Booth & Sweet LLP
32 Essex Street
Cambridge, MA 02139

Paul A. Duffy
13th Floor
Two N. LaSalle Street
Chicago, IL 60602-0000

Bart W. Huffman
Locke Lord Bissell & Liddell LLP
Suite 300
100 Congress Avenue
Austin, TX 78701

Andrew G. Toennies
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101-0000

/s/ Paul Hansmeier