## CIRCUIT RULE 26.1  DISCLOSURE STATEMENT

Appellate Court No: __13-3801__

Short Caption: __Lightspeed Media Corporation v. Anthony Smith, et al.__

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]　　**PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

__Anthony Smith__

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

__Booth Sweet LLP__

(3) If the party or amicus is a corporation:

　i) Identify all its parent corporations, if any; and

　　__N/A__

　ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

　　__N/A__

Attorney's Signature: __/s/ Jason E. Sweet__　　Date: __1/30/14__

Attorney's Printed Name: __Jason E. Sweet__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).　Yes __X__　No ____

Address: __32R Essex Street__
__Cambridge, MA 02139__

Phone Number: __(617) 250-8619__　　Fax Number: __(617) 250-8883__

E-Mail Address: __jsweet@boothsweet.com__

rev. 01/08 AK

**Certificate of Service**

I hereby certify that, on January 30, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some participants are not, or may not yet be, CM/ECF users. On January 13, 2014, I caused the foregoing to be mailed by First-Class Mail, postage prepaid, by personnel within my firm to the following:

Lightspeed Media Corporation
c/o Paul A. Duffy
13th Floor
Two N. LaSalle Street
Chicago, IL 60602-0000

Paul A. Duffy
13th Floor
Two N. LaSalle Street
Chicago, IL 60602-0000
Paul Hansmeier
80 S. 8th Street, Suite 900
Minneapolis, MN 55402

John L. Steele
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

/s/ Jason E. Sweet
_____
Jason E. Sweet